UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUKE BRADLEY FRANCIS                                                                           PLAINTIFF

v.                                         No. 2:22-CV-2144

PROSECUTING ATTORNEY RINDA BAKER                                                DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 8). Following preservice screening under 28 U.S.C. § 1915A, the Chief Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice on the grounds that his claims are barred by the doctrine of absolute prosecutorial immunity. *See, e.g.*, *Woodworth v. Hulshof*, 891 F.3d 1083, 1089 (8th Cir. 2018). The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of October, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE